UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL LEE DOMINGUEZ, ) <br> ) <br> Defendant. ) | **O R D E R** <br><br> 2:92-CR-91-PMP-RJJ |

**IT IS ORDERED** the attached letter from Defendant Michael Lee Dominguez is hereby referred to the United States Attorney for such action as they deem appropriate regarding Defendant Dominguez's request.

Dated: February 25, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

2:92CR91

To the Federal Court Judge in Las Vegas and State Judge in Las Vegas, Nevada, and the California Judge in Los Angeles.
Reference: Steven Homick.

I Michael Lee Dominguez would like to speak with Mr. Homicks attorney concerning the Tipton Murders. Attorney for Mr. Homick contact Dateline and 60 minutes, I would like to do an interview with them concerning the California prison system, the F.B.I. and L.V.P.D and L.A.P.D.
I am to topple the Criminal Justice System, Prison Staff knows every detail I do there acknowledge this letter.

Michael Lee Dominguez
2-17-13

2013 FEB 22 P 4: 20



Michael W. Domingue,
D-80394, B-9-146, R-5/Donation
P.O.Box 799004, San Diego, Cali.
92179

SAN DIEGO CA 920
19 FEB 2013 PM 5 L

Federal District Court,
Judges: Loyd George,
Phillip Pro, Howard, Mc Kibben
300 S. Las Vegas BLVD.
Las Vegas, Nevada
89101