UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | 2:92-CR-00091-PMP-RJJ |
| Plaintiff,          ) | **ORDER** |
| vs.          ) | |
| MICHAEL LEE DOMINGUEZ,          ) | |
| Defendant.          ) | |

Attached to this Order is a copy of a one page letter dated December 17, 2013, addressed to The Honorable Lloyd D. George, Senior United States District Judge.  Also attached is a twenty-six page Declaration by Mr. Dominguez dated January 4, 2012.  The attached documents have been forwarded to the undersigned for consideration as Mr. Dominguez' case is assigned to this Court.

Approximately one year ago, the Court received a letter from Mr. Dominguez related to this case.  At that time, the Court ordered the letter forwarded to the United States Attorney's Office for the District of Nevada for such action as they deemed appropriate (see Doc. #158).  As this Court has no independent ability to act on the matters referred to in Mr. Dominguez' letter, the Court will follow the same procedure here.

**IT IS THEREFORE ORDERED** that the attached letter from Defendant Michael Lee Dominguez dated December 17, 2013, and the attached Declaration dated January 4, 2012, shall forthwith be referred by the Clerk of this Court via electronic filing

1  and also by United States Mail to the Office of the United States Attorney for the District of

2  Nevada for such action as they deem appropriate.

3    **IT IS FURTHER ORDERED** that a copy of this Order shall also be sent by the

4  Clerk of Court to Defendant Michael Lee Dominguez at his current address, D89394, D-20-

5  145L, R-J Donovan Correctional Facility, 480 Alto Road, San Diego, CA 92179.

6  DATED: January 15, 2014.

7

8  _____

9  PHILIP M. PRO
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

12-17-13

Dearest Judge George,

Inregards to: The prosecutions witness Michael W. Dominguez inregards to the Neil Woodman trial and Steven Homick trial convicted at trial.

Dear Judge I would like to speak with the Court and Mr. Woodman and Mr. Homicks attorneys inregards to the woodman murders were Stewart Woodman solicted the murder of his parents, hereafter framing his older brother Neil Woodman for the Murders. Inregards to Homick I would like to speak to the Court and Mr. Homicks attorney inregards to the Tipton murders and Godfree murder and woodman Murders, inaddition to an other Murder off the record. Also I would like to speak to the Court inregards to prosecution witness Timothy Catt and Ronald Boyl, and LVMP police detectives Tom DiBard and Robert Leonard.

Also Judge George I am sure you recall this statement you made to me at the Steven Homick trial. Mr. Dominguez if I grant you immunity....if. Judge for a long time I wondered how you knew what my intentions were at the Homick trial; the step's you took to protect the prosecutor incase I testified. I've enclosed a declaration 26 pages please forward it to the prosecution and make it part of the record.    Michael La Dominguez

1-4-12

## Declaration.

Michael Lee Dominguez declares that the California department of Corrections is presently and unlawfully subjecting him to involuntary enforced interference with his thought process and state of mind, by forcing upon him a "<u>National Security embody Cellular telephone Microchip</u>" that enables electronical cellular visual and electronical Cellular Verbal communication to and from his body via cellular transmission, regardless of his area of location. The National Security embody cellular telephone Microchip was administered to Mr. Dominguez by a hypodermic needle injection under the "<u>skin</u>". At first at the begining it was enforced upon me in the Clark County Jail in Las Vegas Nevada, under the heading of a flu shot inflicted upon him. next during a phony fraudulent tuberculosis shot inflicted upon him in the California prison System. The nanotechnology Microchips are transferred to a hypodermic syringe which contains the nanotechnology Microchips, which are injected into the <u>skin</u>. The nanotechnology Microchips are transparent and are about 100 nanometers, there designated to interact with the electrical system of the bodies <u>nerves</u>, and taps and extracts the "<u>electrical impulse Current wave</u>" of Mental Conscious, Converting the

1

electrical impulse current wave of mental conscious into electrical signal waves, and transmitting them to a telecommunication system.

The schematic diagram as defined by me, noted I am not an engineer but the correlation between the two are quite correct.

○ ← Plutonium Chip "input battery power source.
On the "inside" of the plutonium Chip are micro
scopic integrated circuits →

Radio frequency Receiver ← Duplexer ← ⊽ antenna

Radio frequency transmitter

Microcontroller

Speaker for sound transmits voices

transmits electrical sensation between the microchip and the body.

Audio visual using both sight and sound capable of being perceived by the human ear and brain

Fabs the rhythmical electrical current the human Cognitive Mental conscious electrical impulse current wave

Gives an electric Shock Current

Plutonium: plutonium has various applications for
example Pu-238 powers pacemakers, plutonium is highly
poisonous because it rapidly gives off radiation in the form
of high energy alpha particles these particles may cause
cancer or other serious health problems.

Microcontroller: a device when activated automatically →

3

dials a preprogrammed number.

<u>Integrated Circuit</u>: is a tiny chip of semiconductor material that contains a complete electronic circuit, one integrated circuit can do the work of thousands of individual electronic components.

<u>Antenna</u>: is a component that can both receive waves and radiate transmit electrical signal waves.

<u>Duplexer</u>: a device which by using the transmitted pulse automatically switches the antenna from receive to transmit at the proper time.

Prisoner or freed prisoner on parole with a National Security embassy cellular telephone microchip transmission electric human wave out of the body via cellular transmission to a cellsite or transmitted to a <u>Satellite</u> Communications System

→ Cellsite → → Direct Distance Dialing Network → → Mobile telephone Switching Office

→ → Cellsite 1
Cellsite 2
Cellsite 3 → → ; in this case the Monitor CDC employee

4

with a electronic surveillance telecommunication
system it links the prisoners human bodies
nerves together with a telecommunication
system, and transmits the prisoner's
electrical current mental conscious
wave to CDC employees.
In other cases it transmits the
targeting persons electrical wave to an
outside entity.
    Example, when you goto the doctor
and they put that finger clamp on
your finger, this finger clamp
    Withdrew's retracts the electrical
wave of the oxygen level in your
body, the machine interprets this
wave.
See its not so farout that its
beyond being possible.

5

One may ask why havent I heard anything inregards to this subject? Why because the records are silent on the subject, the U.S. government agencies drafted law limiting research securing the highest secrecy secret with law constraints on restricting microscopic research inregards to the Mental conscious. electric wave, the human electric wave that represents human conscious is priviledged information.

The act of searching in search of trying to find information is nonexistent, because the information is withheld because the information is "priviledged information" not recorded in documents, the government in secret put it into hiding through priviledged information and the government operating secretly is not willing to share it with society.

Well informed, Current waves, television has audio visual carrier waves using both sight and sound, theres the traditional FM-waves, AM-waves, theres satellite transmission waves for cellular phones, the list goes on. This matter of interest concerns only the electrical impulse current wave of Mental consciousness.

Behind the scene in great secrecy the government uses this technology forprisen management. and to Monitor Society and for surveillance over seas.

Additional insight the CIA's Secret overseas prisons imprisoned terror Suspects which the C I A Subjected these prisoners to this technology, the prisoners are unaware they been Subjected to this technology. al-qaeda and Taliban fighters captured in Iraq and afghanistan are flown to the U.S. Naval base of Guantanamobay Cuba, which these prisoners unaware behind the scene are Subjected to this technology. The CIA detainee interrogation practices are a face designed to openly create drama of the powerful effect of beatings, water boarding, this drama offers a motive for the other prisoners to believe that one of their own told on them. And it encourages the prisoners to report tell of detainee abuse, the Significance is to create a delusive impression because the prisoners are unaware they have been Subjected to this technology, and the "face" is through the beatings is how they got information. The U.S. government would capture as many prisoners as possible and Subject them to a National Security embody Cellular telephone microchip and release them hoping one day it would lead them to osama Bin Laden, once located in abbottabad Pakistan the united states government got a doctor Dr. Fridi in the area of location of osama Bin Laden whereabouts to Vaccinate as many people as possible with the <u>T.B. Vaccination</u> hoping to penetrate osama Ben Laden's family. It took the —

7

U.S. about 10 years to capture and kill Osama Ben Laden because all the captured prisoners Zacauas Moussaoui plus the rest of the detainees didn't know where Osama Ben Laden was, the CIA micro chipped detainees and released detainees watched and waited hoping one day it would lead to Osama Ben Laden's carrier and the carrier would lead them directly to Osama Ben Laden.

The drone a remote controlled pilotless aircraft, captured detainees who were released, when there in a home or driveing in a car down the road the drone will kill them with a missile strike.

Military forces captured Saddam Hussein, hereafter the CIA in a top secret event subjected Saddam Hussein to this technology, Abu Ghraib prison inmates were subjected to this technology.

Over again in reality really needed to see the nanotechnology microchips is a scanning tunneling microscope or a electron microscope which can magnify them one million times to see them, its like finding a needle in a haystack, pointed out pay attention it will not show up on x-rays or on a MRI.

This is not some unanswered scientific theory put forth nor am I seeking experimental confirmation

8

The Nanotechnology Microchips infiltrate into the interior organs and suppress the interior organs in the body Sites,

Skin,
Papillae,
Brain,
Central nervious system,
Brain Stem,
Muscles,
Basal ganglia,
Parasympathetic System,
Limbic System,
Lymphatic System and Lymph Vessels,
Somatosensory cortex,
Motor cortex,
In the fluid which bathes and nourishes body tissues,
The Cerebrum,
Cerebrospinal fluid,
gray Matter,
White Matter,
Occipital Lobe,

its in the liquid called plasma, plasma is made up of Mostly water

Viscera: definition the interior organs in the great cavities of the body, brain, liver, abdomen and Kidneys.

9

An extremely savage wicked and an evil cruel act, prison officials if they chose they use the nanotechnology microchips to be the cause of cancer, prison officials caused the nanotechnology microchips to cause damage to cells in my body purposely harming healthy cells, they purposely damaged my blood forming cells which lead me into being anemic.

Prison officials has given me multiple staph infections the nanotechnology microchips cause small pin-holes in the tissue under the skin to bleed from which then developed leads into a staph infection I underwent surgery for a staph infection hole in my flesh 8 inches and another hole in my flesh 5 inches, have been hospitalized about 5 times for staph infections.

Prison officials with the nanotechnology microchips destroyed health tissue which lead into intestine canal cancer from which I again underwent an operation, surgery and was hospitalized.

Prison officials with the nanotechnology microchips gave me Hodgkins Lymphoma cancer infiltrating the lymphatic system which lead to Hodgkins Lymphoma cancer, again I was hospitalized and underwent cancer treatment chemotherapy for years the nanotechnology microchips are responsible for all my health problems.

The Murder is Committed by the nanotechnology
Microchips in the Blood in the lymphnodes.
The Blood cells try to kill the Microchips and
the white blood cells subsequently collect and
gather into a crowd and Mass in the lymphnodes,
which leads to lymphoma; and they will
literally Murder you. what there trying to Cause me
in addition to the Misery already imposed upon Me is cause
Colon cancer and cancer in the urinary
System the prostate. Comprehensive awareness true
example. The inmate reports experiencing pain or
burning during urination flow, in addition he
needs to urinate "frequently"; these symptoms
prognosses have the Same Characteristic as
Kidney disease but the diversion complications are
brought on by the nanotechnology Microchips
transmitting impulses into the urinary nerve and
interior urination flow duct Viscera. once the
diversion is established the nanotechnology Microchip
in the Viscera duct, Viscera highway and the
Microchips embedded in the Kidney and liver Shut
down Kidney and liver functions. unobserved and
Sneaky prison officials the helmsman Monitoring
the unaware inmate for the underline purpose
to have the inmate acknowledge the Kidney
disease, the inmate is unaware of what is  –

11

happening to him. Thereafter prison officials murders
the inmate by shuting down the inmates kidneys
electrical function and livers electrical function.
And the kidneys become gradually destroyed; they
cripple your kidney organs.

The nanotechnology microchips are in the
parasympathetic nerve unknown to some inmates
prison officials transmit to the nerve an electric
impulse to the parasympathetic nerve and it
causes a discharge of seman fluid and causes
an erectile state of the penis.

I have been suffering the anguish of these
issues for years, and noted for the reader
I have no family history of cancer in my
family. On bothsides of my family we have
longevity; on my mothers side of the family
her aunt is 96 and uncles are 84 through
92.

Medical service prison doctors on
my health care examination purposely
and deliberately let my health issues
go untreated purposely wanting me to —

12

Suffer deliberate pain and mental anguish prison
medical staff will only give me medical care when it
becomes obvious its an extreme emergency and will cause
premature death and gross negligence is obvious.
        Prison medical doctors excellent excuse they excuse
themselves by making specific categories telling me that
my brain produces to much dopamine which causes an
severe mental illness called schizophrenia, this excess of
dopamine creates emotional disturbances and causes a
person to see things and hear sounds that do not exist.
Prison medical doctors unwillingness and refusal to give
me a medical examination procedure of tests
examining the dopamine level, this test would give an
exact description of dopamine level. Prison medical
doctors claim of to much dopamine in the brain is a
visible lie and is an intentionally false statement,
tests would give a second opinion and rectify correct
their lies.
        The prison counselors goal is to have the
prison doctors murder me, no notification of death to my
parents, and the prison counselor will have the local
mortuarie cremate the evidence in Mr. Dominguez's body.
CDCR Counselors, prison officers and medical staff in
silence their scheme deceitful plot is to scheme
Mr. Dominguez's downfall, their an patrol planning
ready to fuck me over anyway and everyway they —

13

give me wrong answers, they give me wrong
directions, the doctor gives Mr.Dominguez incorrect
results and leads Mr.Dominguez astray, their achieving
purpose is to fuck me off.
A disturbing effect the counselor lied deliberately
Sabotaged Mr.Dominguez's parole board hearings the
Counselor details to the parole board of Mr.Dominguez's
Conviction was deliberate Sabotage which generated many
unmanageable problems for Mr.Dominguez, An instrument
for determining whether the counselor offered an
'intentional false Statement' is in the conviction
transcripts of the court, Theres many more
deliberate Sabotage lies the counselor forced upon
Mr.Dominguez.


National Geographic June 2006 pag 98 gives
an introduction into nanotechnology it begins
"a nanometer is one billionth of a meter, thats like
comparing the size of a Marble to the size of the
earth, welcome to the world of nanotechnology."
Pag 101 clearly shows that nanotechnology microchips
can go through a hypodermic needle, page 103 States the
U.S. government allocated more than a billion dollars to
nanotechnology research in 2005, on page 108 it
speaks of a government lab in maryland. The
article is basically about nanotechnology injected in —

14

the bloodstream to fight cancer.

+ However logically the government is about 30 years a head of the general public in technology of what they acknowledge to the public.

Great emphasis is placed upon being absolutely honest, pointed out my position from inside the smoke screen created a complex history, as illustrated I can't go to a college, university or public school or library, or research center to do my homework and put things in context. Recognize the larger picture the public is uneducated in regards to this topic, true there is no literature to describe the event, unfortunately there is nothing wrote on the subject to do your homework study up and learn that would result in a fuller understanding to come to know the truth. Confronted with hard questions I don't hide, opponents of me had belief this is impossible. Detective work can confirm the U.S. government uses priviledged information to hide secrets under government control, worthy of attention historical documentary films teaches us a lesson that the government concealed technology and removed it from public knowledge.

+ Logically the government is about 30 years a head of the general public in technology of what they acknowledge to the public.

15

In the Sacramento Bee   Saturday, June 3,
2000 page B7, there was an article that came out
titled "Story of plutonium testing stretches back over
40 years", article by Linda Seebach reporting writes for
the Denver Rocky Mountain News" this article was
distributed by Scripps Howard News" Service
Eileen welsome reported story is about how americans
were used as laboratory animals in Radiation
experiments funded by the federal government,
the article is enclosed.

16

They tap the inmates human Mental Conscious the bodies electrical network, and the Cp's in the facility See, hear everything that is happening in the prison. The Co's Clear access the yard are on line with an inmates Mental Conscious unbeknown to the inmate.

Up at another prison, prison Staff Monitors; by via cellular transmission transmitted an electrical impulse Message to an inmates Subconscious nervous System of an mental obsession to Murder his Cellie, oblivious unaware and unknown to the inmate he is being Manipulated like a garage door. Guess What at this particular time during the occurrence of the Murder, Cunningly the Co's are absent from the floor, absent from there assigned responsibility to be on the floor to give aid to the Victim, the Cp in the tower has the tower dark and Curtains Shut. After the inmate is Murdered the Co's respond and make there appearance With a phony Concerned face. Hereafter Shocking new's the heavy gun Lieutenant or Sergeant will immediately preach in the report the Co's who's responsibility are to be on the floor, justification of facts support the Co's that were Suppose to be on their assigned post the floor were detached to protect the other Side of the prison, and were doing Something else to Support life in there official duties. Than the writer will emphasize his influence thrashing the inmate that killed his cellie,

17

then marvelously shocking news the lieutenant at the steering wheel will usher in reassign the same Co's to the same post! How's that for bragging about a job.

Alert based on 50 years of prison Customary way an inmates thoughts are the Co's are stupid while the true cover story is the Co's getting staff they dont give a fuck if you use the Customary art of inserting, "Sticking dope up your ass and bring it into the prison, this same shit has been going on for 50 fucken years, the Co's don't give a shit about the wine makers, also I bring it to your attention these same standard of wine making practices have been going on for 50 plus years, the inmates psychological imaginary plan I have an excellent plan...!
The Relationship to the truth is the Co's allow you to do this and yes only a fool would be amazed at this revelation.

I'll also shine the light on another thing, the prison system has a blank check to carry out tuberculosis shots, during the heading of a false tuberculosis shot in the same syringe they also subject the inmate to a radioactive plutorium which creates the problem and causes health problems, different health problems for different inmates, this plutonium will stop the energy. -

18

Current to one of your organs and that organ will die-"stop functioning", they steal choke off the electrical current to the organ and deprive the organ of its electrical current; As the inmate gets older in the prison system theres a big big chance he will end up with cancer, some man made cancer ... free health care service. Realize this the prison system is not an old man's nursing center, and as for you young lifers your file has been reviewed and the counselors and prison staff have already decided who will die from cancer, the clock is ticking down upon you! The reality is there is a big rise of cancer diagnoce of inmates in the prison system, cancer causing death.

Another thing the inmate needs to know while the co's are busy laughing and playing their being entertained by an online monitor, this is the joyride of working in the prison. The only thing the co's care about is they continuously throughout the day monitor the inmates for "warnings" if the inmates have plans to assult them. If this happens prison staff will say some rat sent in a note stateing staff was to be assulted, hereafter, prison staffs officers will lock down the prison, then during the lock down period the officers will continously monitor the inmates plans and keep the inmates locked down. On lock down the inmates will change their minds and cancel the plan, then

19

Soon after prison staff will release the inmates back to the yard. This is the only thing they care about what's going to assult staff.

If the inmates gots plans to attack other races of inmates, prison staff will still open the yard this they don't care about.

When it comes to the Co's its all about the joyride, sunshine, money and they don't want to be disturbed, as you know they have there wives daughters and mothers working here.

The Co's make more money than a school teacher and retire with a pot of gold.

Another thing the inmates need to know when in the building, when theres a code in the building and the Co's run into the building and go in the wrong direction and ask weres the fight, this is done purposely, there indoctrinated to act stupid because stupidity never draws suspicion, it psychologically draws laughter. Its the governments rules of engagment for maneuvering strategies to protect the technology.

Spontaniously there are Co's that get there ass kicked, but this is spontaniously, all know a Co —

20

thinks there appointed to tell jokes, and when an
inmate ignores them and don't laugh the Co gets
perturbed and I've seen this escalate into an
altercation.

Money talks bullshit walks after your dead the
prison will have the bodies burnt, cremated, therefore
down the road when this technology comes into the
public's hands, your loved ones can't extract the body
to have it tested, and there is "zero" law suites down
the road.

I have explained the existence of a National
Security embody mobile phone "Nanotechnology"
and I have described the work of prison staff that
affects the feeling, emotions and desire of inmates,
educate yourself on the Subject or Choose to believe
whats indoctrined into your belief.

Also when the Co's are under investigation for
prison abuse they will Monitor the inmates legal work
and know all the questions they are to be asked in
court, they will delay the case until they get all the
probing questions worked out and there are "No"
loaded tantalizing questions in the courtroom there
not prepared for, basically the Co's testimony is
prepared testimony.

When they transport the inmate to the courtroom
or a doctors Visit there in the inmates mind, paroles

21

are also subjected to this technology and are deployed to the streets to catch criminal activities unknown to the parole he is a walking talking recorder. Be Vigilant.

Yes, on the red carpet the CO's use hand held radio's to call for the inmates to report to chow, don't be a fool and let them fool you. Yes, they use the ringing of the phone for an inmate to report to visiting, Yes they use basic communication between the floor CO's and the tower. But behind the scenes the show go's on. The new reality nightmare your consciousness is online live. I've learned from hard experience.

Easily understood I make myself clear. Via Cellular transmission the monitor communicates his thoughts and desires via cellular transmission, transmitting signals to the microchip in my body, the microchip converts the transmitted signal into an electric impulse which stimulates the nerves, the nerves online the nerves responds to the electrical impulse, transmitting passing the impulse signal to the brain.

Remarkable you can perceive the signal, and they can perceive the return signal, you can hear sound impulse waves, you can see the

22

Computer screen which is visual in the electrical pathway of the human eyes optic nerve which passes them to the brain. They can transmit to you a movie like you see it on a big screen television.

Unmistakable this is called <u>Virtual Reality</u>.

The center of control revolves around the monitor, when your speaking they can transmit to you a signal and whats enclosed in the signal (you speak it) logically its simple there in your nerves. If you don't know this technology they can mimic the persons voice down the tier, and all of a sudden you hear dudes voice and you <u>think</u> his talking about you, then your in a fight. Unaware of whats happening to you the monitor will destroy you, he will try to bring disastrous consequences upon you in every aspect of your life. the monitor will send you a signal that will keep your life in disarray. Some people "<u>think</u>" that aliens or the dead or an evil spirit or Barack Obama is communicating to them, some people think that there house is bugged, voices coming from the walls, its real to their senses unlimited scenario.

Most common side effects kiddy, liver cancer

23

a rash, bumps on the skin like small pimples.

Names of inmates that are forced to endure this technology:

Robert Radish E-37556
Ronnie Mozingo D-63489
Jerry Gutierrez H-34791
Norman Mitchell A-70758
Robert Kee        E-07990
Keyen Howard
Brian Snoke

awareness, on the streets theres an organization called people against human rights abuse, Cheryl walsh's organization. Hear the stories of the people that belong to this organization. Theres a secret police entity operating in secret targeting these people.

The ugly nasty reality is now many people would be alive if the government told the people of this technology. Online I heard stories of inmates getting out of prison and commiting murders controlled like a garage door.

24

This insight you may find it helpful
to share this information

Date 1-4-12

Michael Lee Dominguez, D89394

Signed under penalty of perjury

Michael Lee Dominguez.

25.

The Shawmada Sea

▼ OPINION

Saturday, June 3, 2000   97

# Story of plutonium testing stretches back over 40 years

By Linda Saslach

Ebner Allen's tombstone in fuel, Texas, marks his divided life.

From Jan. 26, 1911, to July 18, 1947, he was Elmer, husband of Fredna and father to Elmarina and William. From July 18, 1947, until June 30, 1991, he was ... one of 18 people injected with plutonium in a secret government research project that began in the distant days of World War II.

Then Welsome, then a reporter for the Albuquerque Tribune, began investigating the plutonium story in 1987, when she came across a reference to it in a footnote in an article up an obscure journal.

She, the suspects were identified only by their code numbers. Over time, Welsome pieced together details of their lives and their medical histories. With their names, though, a 40-year-old story was ready for telling — as a neighborhood reporter.

Finally, in July 1993 she noticed a posting referring to the man in the town of fuel and realized she would be able to find ... E.A.L.? is called Italy City Hall and discovered the man who he worked for ... an African-American, about 80 years old who had had his left leg amputated.

... searching for Elmer Allen," she said, "but he had died a year ago. Do you ... it on, this — number? The story had come to life. Using the Freedom of Information Act, Welsome was gradually able to pry additional information out of the Department of Energy, which has inherited responsibility for the nation's nuclear research. By the time the Tribune published the story, some 15 months later, Welsome had identified five of the 18 people ...

Making a virtue of necessity, the then-Secretary of Energy Hazel O'Leary called a big-deal press conference Dec. 7, 1993, to announce a new policy of "openness," and publicly released voluminous records of research on human subjects, including material that the Tribune had been seeking for months.

"Of course O'Leary would want to release it to the most powerful media," Welsome said recently in Denver, "but I was getting beat on my own story."

After the press conference, O'Leary spent weeks giving interviews, but Welsome was "way down the list."

W elsome, who now works for Denver's alternative weekly Westword, won the 1994 Pulitzer prize for national reporting, in a new book, "The Plutonium Files," she has told this story of the plutonium experiments in the larger con-text of America's Cold War research. As she sums it up, "Thousands of ...

... until 1994 or 1995. Some still don't know, and never will.

Even in the 1940s most researchers should have known that experimenting ...



Scott/Special to the Sea

Americans were used as laboratory animals in radiation experiments funded by the federal government.

When an adult subject was ready, researchers of the subjects were not asked for their consent or given accurate information about the nature of these experiments. Some didn't learn that they or their loved ones had been used as guinea pigs ...

"Please note that Leary's disclosures submitted his final report in Oct. 1995, President Clinton said, some of the tests "were unethical, not only by today's standards, but by the standards of the time in which they were conducted. They failed both the test of our national values and the test of humanity."

B ut even much later, researchers had to take great pains to ensure that the subjects wouldn't find out what had happened to them, in 1967, there was an accident at Rocky Flats, a weapons plant outside Denver that manufactured the trigger for thermonuclear weapons. An official from the Atomic Energy Commission called Patricia Durbin, a biophysicist at Berkeley who had worked in one of the laboratories studying radiation. She was able to find that several of the plutonium patients were still alive.

At the time they were chosen for the experiment, she explained in a 1989 letter to a hospital administrator, Durbin wrote, "As a result, long anyway. But some were middling Secret, which thus obtained was classified ...

the human data and remained for some years."

Even in the 1940s most researchers should have known that experimenting ...

... to Robert Rowland, director for the Center for Human Radiobiology at Argonne National Laboratory, and the center began follow-up studies.

"... radiobiology studies ... will never use the word plutonium in regard to these cases. The terminology ... are of interest to us because they have received a radioactive material, some time in the kind of statement to be made, if we need to say anything at all."

Elmer Allen agreed to participate in the follow-up study in 1973.

With the government paying all the expenses he and his wife took a train to Chicago, where his tests were done on him at Argonne, and they went on to Rochester, N.Y., to the Strong Memorial Hospital, where many of the plutonium had been done. "My mother-in-law was big stuff, coming from little Italy, Texas," recalled Elmer's daughter, Elmerine. She thought she was the queen of England, it wasn't like they said. "Eventually 17 of the 18 plutonium patients were identified. "They were vulnerable, invisible people, not likely to ask questions, Welsome said.

Fortunately, Welsome asked the questions, and she kept asking until she got the answers.

Linda Saslach writes for the Denver Rocky Mountain News. This article was distributed by the Scripps Howard News Service.